| | |
|---|---|
| ROBERT GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>N. RIAZ, et al.,<br><br>Defendants. | No. 2:15-CV-1869-JAM-CMK-P<br><br><br>ORDER |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On February 22, 201816, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 22, 2018, are adopted in full;
2. Defendant Bodenhamer's motion to dismiss (Doc. 13) is granted; and
3. Bodenhamer is dismissed as a defendant to this action, which shall proceed against defendant Riaz only.

DATED: April 11, 2018

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE