IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ROBERT GARCIA, | No. 2:15-CV-1869-JAM-DMC-P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| N. RIAZ, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's notice (Doc. 26). According to plaintiff, while he served his opposition to defendant's motion for summary judgment on defendant, he inadvertently filed his opposition in the wrong court. Plaintiff's notice is construed as a motion for an extension of time to file his opposition in this court. So construed and good cause appearing therefor, the request is granted. Plaintiff may file his opposition within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: January 9, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1